## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| GENESIS NICOLLE CERRATO-GUEVARA, | § § § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-01380 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
|     Respondents. | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Petition for Writ of Habeas Corpus and for Emergency Temporary Injunctions, (Dkt. No. 1). Petitioner challenges the constitutionality of her detention in federal immigration custody. Petitioner names Todd Blanche, U.S. Attorney General; Markwayne Mullin, Secretary of U.S. Department of Homeland Security; Tina Almond, Director of Immigration and Customs Enforcement (ICE) at the San Antonio Field Office; and Orlando Perez, Warden at Laredo Processing Center.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition **no later than August 17, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support its assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than August 24, 2026.**[1]

The Court **DIRECTS** the Clerk of Court to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas via electronic mail at <u>USATXS.CivilNotice@usdoj.gov</u>. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas at least seven (7) days before any such transfer. The parties

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on August 10, 2026.

John A. Kazen
United States District Judge